UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-62479-CIV-MARTINEZ-SNOW

JENNIFER ZUNIGA, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

SPARC GROUP, LLC d/b/a
AEROPOSTALE,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. (ECF No. 28). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as to Plaintiff's individual claim and **without prejudice** as to any other member of the putative class. Each party shall bear its own attorney's fees and costs. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of April, 2022.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record